DAVID R. HAGEN #108383
**MERRITT & HAGEN APC**
6320 Canoga Ave. Suite #1400
Woodland Hills, CA 91367-2498
(818) 992-1940 Fax (818) 992-3309

Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

In re:

ARIA Y. KOZAK and
DONNA J. KOZAK

Debtors.

Case No. SV03-20278MT

Chapter 7

**ORDER OF MOTION TO REOPEN BANKRUPTCY PROCEEDING**

Date: January 3, 2007
Time: 10:00 a.m.
Crtm: 302
Place: 21041 Burbank Blvd.
       Woodland Hills, CA 91367

The motion to reopen the Chapter 7 bankruptcy proceeding for Aria Y. Kozak and Donna J. Kozak ("Debtors") came on for hearing at the above-referenced date and time.

David R. Hagen appeared on behalf of the Debtors. Other appearances are as noted on the record.

/////
/////
/////
/////
/////
/////

1

1  Having reviewed and considered the pleadings in this matter and with good causing appearing,

2  IT IS ORDERED THAT:

3  1. This Chapter 7 case be reopened.

5  DATED: 1/3, 2007

*[signature]*
The Honorable Maureen A. Tighe
United States Bankruptcy Judge

19  W:\MOTIONS\Kozak - Order on Motion to Reopen.wpd

MERRITT & HAGEN APC
6320 CANOGA AVENUE, SUITE 1400
WOODLAND HILLS, CALIFORNIA 91367
TELEPHONE (818) 992-1940 • FACSIMILE (818) 992-3309

## PROOF OF SERVICE
1013A(3) C.C.P.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 6320 Canoga Avenue, Suite 1400, Woodland Hills, California 91367. On January 3, 2007, I served the foregoing document described as:

## ORDER OF MOTION TO REOPEN BANKRUPTCY PROCEEDING

[ ] by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[X] by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

## SEE ATTACHED LIST

[X] **BY MAIL**
I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more that one day after date of deposit for mailing an affidavit. Executed on January 3, 2007 Woodland Hills, California.

[X] (STATE)  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (FEDERAL) I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Laurie J. Burns
Name

Signature

<u>**Service List**</u>
Aria and Donna Kozak
Bankruptcy Case No: SV03-20278MT

<u>Debtors</u>
Aria & Donna Kozak
2800 Neilson Way, #609
Santa Monica, CA 90405

<u>Debtors' Attorney</u>
David R. Hagen
Merritt & Hagen
6320 Canoga Ave., Ste. 1400
Woodland Hills, CA 91367

<u>Chapter 7 Trustee</u>
David Seror
Chapter 7 Trustee
Moldo, Davidson, Fraioli, Seror & Sestanovich
2029 Century Park East (Twin Towers)
21st Floor
Los Angeles, CA 90067

<u>Attorney for Chapter 7 Trustee</u>
Frank X. Ruggier, Esq.
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067

U. S. Trustee's Office
21051 Warner Center Lane, Ste 115
Woodland Hills, CA 91367

<u>Attorney for Packing Crate Classics, Inc.</u>
Paul Beechen, Esq.
1900 Ave. of the Stars, Ste. 2300
Los Angeles, CA 90067

Richard L. Knickerbocker, Esq.
Knickerbocker Law Corp.
233 Wilshire Blvd., #400
Santa Monica, CA 90401-1214

<u>Request of Special Notice</u>
<u>Attorneys for Rosendin Electric, Inc.</u>
Nomi L. Castle
Matthew J. Luce
Castle & Associates
1925 Century Park East, Ste. 210
Los Angeles, CA 90067

Frank M. Lanak, Esq.
c/o American Contractors Indemnity Co.
9841 Airport Blvd., 9th Floor
Los Angeles, CA 90045

<u>Creditors</u>
ACIC
9841 Airport Blvd., 9th Floor
Los Angeles, CA 90045

Lee Ackerman
865 S. Figueroa St., #2600
Los Angeles, CA 90017

Apex
445 Park Ave.
New York, NY 10002

Franchise Tax Board
Special Procedures
PO Box 2952
Sacramento, CA 95812

Kirk Grossman, Esq.
2323 Portola Rd., #100
Ventura, CA 93003

Holthouse, Carlin & Van Trigent
1601 Cloverfield Blvd., #300
Santa Monica, CA 90402

IRS-Special Procedures 7
SB/SE Insolvency Unit
300 N Los Angeles Street
Room 4062., M/S 5025
Los Angeles, CA 90012

Lexus Financial Services
P.O. Box 60114
City Of Industry, CA 91716-0114

MCG
Bryan Mitchell
1100 Wilson Blvd., #800
Arlington, VA 22209

Mitchell, Silverberg & Knupp
11377 W. Olympic Blvd.
Los Angeles, CA 90064

Rosenberg and Mendlin
528 Colorado Ave.
Santa Monica, CA 90401-2408

Rosendin Electric
201 King St.
San Francisco, CA 94109

Robert Rowe
c/o Gobal QA
300 East Esplnade Dr., #1460
Oxnard, CA 93036

Ruben and Makarem
11601 Wilshire Blvd., #325
Los Angeles, CA 90025

Smaha and Daley
7860 Mission Center Ct., #100
San Diego, CA 92108

Surety Company of the Pacific
c/o Intercol Collections
P.O. Box 3550
San Dimas, CA 91773

Toyota Lease Trust
c/o R. Scott Andrews, #219936
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Blvd. 10th Floor
Costa Mesa, CA 92626-1947

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>ARIA Y. KOZAK AND DONNA J. KOZAK | | CHAPTER  7 |
|---|---|---|
| | Debtor. | CASE NUMBER: SV03-20278MT |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   ORDER OF MOTION TO REOPEN BANKRUPTCY PROCEEDING

   was entered on *(specify date)*:  JAN 0 4 2007

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): See attached service list
   JAN 0 4 2007

Dated:  JAN 0 4 2007

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _____
Deputy Clerk

<u>Service List</u>
Aria and Donna Kozak
Bankruptcy Case No: SV03-20278MT

<u>Debtors</u>
Aria & Donna Kozak
2800 Neilson Way, #609
Santa Monica, CA 90405

<u>Debtors' Attorney</u>
David R. Hagen
Merritt & Hagen
6320 Canoga Ave., Ste. 1400
Woodland Hills, CA 91367

<u>Chapter 7 Trustee</u>
David Seror
Chapter 7 Trustee
Moldo, Davidson, Fraioli, Seror &
Sestanovich
2029 Century Park East (Twin Towers)
21st Floor
Los Angeles, CA 90067

<u>Attorney for Chapter 7 Trustee</u>
Frank X. Ruggier, Esq.
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067

U. S. Trustee's Office
21051 Warner Center Lane, Ste 115
Woodland Hills, CA 91367

<u>Attorney for Packing Crate Classics, Inc.</u>
Paul Beechen, Esq.
1900 Ave. of the Stars, Ste. 2300
Los Angeles, CA 90067

Richard L. Knickerbocker, Esq.
Knickerbocker Law Corp.
233 Wilshire Blvd., #400
Santa Monica, CA 90401-1214

<u>Request of Special Notice</u>
<u>Attorneys for Rosendin Electric, Inc.</u>
Nomi L. Castle
Matthew J. Luce
Castle & Associates
1925 Century Park East, Ste. 210
Los Angeles, CA 90067

Frank M. Lanak, Esq.
c/o American Contractors Indemnity Co.
9841 Airport Blvd., 9th Floor
Los Angeles, CA 90045

<u>Creditors</u>
ACIC
9841 Airport Blvd., 9th Floor
Los Angeles, CA 90045

Lee Ackerman
865 S. Figueroa St., #2600
Los Angeles, CA 90017

Apex
445 Park Ave.
New York, NY 10002

Franchise Tax Board
Special Procedures
PO Box 2952
Sacramento, CA 95812

Kirk Grossman, Esq.
2323 Portola Rd., #100
Ventura, CA 93003

Holthouse, Carlin & Van Trigent
1601 Cloverfield Blvd., #300
Santa Monica, CA 90402

IRS-Special Procedures 7
SB/SE Insolvency Unit
300 N Los Angeles Street
Room 4062., M/S 5025
Los Angeles, CA 90012

Lexus Financial Services
P.O. Box 60114
City Of Industry, CA 91716-0114

MCG
Bryan Mitchell
1100 Wilson Blvd., #800
Arlington, VA 22209

Mitchell, Silverberg & Knupp
11377 W. Olympic Blvd.
Los Angeles, CA 90064

Rosenberg and Mendlin
528 Colorado Ave.
Santa Monica, CA 90401-2408

Rosendin Electric
201 King St.
San Francisco, CA 94109

Robert Rowe
c/o Gobal QA
300 East Esplnade Dr., #1460
Oxnard, CA 93036

Ruben and Makarem
11601 Wilshire Blvd., #325
Los Angeles, CA 90025

Smaha and Daley
7860 Mission Center Ct., #100
San Diego, CA 92108

Surety Company of the Pacific
c/o Intercol Collections
P.O. Box 3550
San Dimas, CA 91773

Toyota Lease Trust
c/o R. Scott Andrews, #219936
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Blvd. 10th Floor
Costa Mesa, CA 92626-1947