DAVID R. HAGEN #108383
**MERRITT & HAGEN APC**
6320 Canoga Ave. Suite #1400
Woodland Hills, CA 91367-2498
(818) 992-1940 Fax (818) 992-3309

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA
## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>ARIA Y. KOZAK and DONNA J. KOZAK<br><br>Debtors. | Case No. SV03-20278MT<br><br>Chapter 7<br><br>**ORDER TO SHOW CAUSE WHY PACKING CRATE CLASSICS, INC. SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR WILLFULLY VIOLATING THE DISCHARGE INJUNCTION**<br><br>Date: June 26, 2007<br>Time: 10:00 a.m.<br>Place: 21041 Burbank Blvd., Woodland Hills<br>Ctrm: 302 |

The Debtors' Motion for an Order to Show Cause Why Packing Crate Classics, Inc. ("PCCI") Should Not be Held in Contempt of Court for Knowingly Violating the Discharge Injunction ("Motion") came on for hearing on May 2, 2007 at 10:00 a.m. in the above-referenced Court.

David R. Hagen appeared for the Debtors. Kathleen P. March appeared on behalf of Packing Crate Classics, Inc. ("PCCI").

The Court, having reviewed the Motion and supporting Declarations, the Debtors' Request for Judicial Notice, the Opposition to the Motion filed by PCCI, and the Reply of the Debtors, in addition to other documents in the Court's file, as well as hearing oral arguments on behalf of the Debtors and PCCI, does hereby make its Order as follows:

1

1    IT IS ORDERED that PCCI is ordered to show cause why it is continuing to seek recovery on

2  its debt from the Debtors, and

3    IT IS ORDERED that PCCI is ordered to show cause why it should not be held in contempt of

4  Court for failing to comply with this Court's discharge Order, and

5    IT IS ORDERED that this Court will hold a hearing on this Order to Show Cause which will be

6  held on June 26, 2007 at 10:00 a.m. at the United States Bankruptcy Court located at 21041 Burbank

7  Blvd., Woodland Hills, CA 91367 in Courtroom 302. The Debtors are ordered to file and serve any

8  supplemental briefing not later than Friday, May 18, 2007, Opposition by PCCI must be filed and served

9  not later than June 11, 2007 and any Reply must be filed and served not later than June 18, 2007.

12  DATED: May 9, 2007

            _____
            MAUREEN A. TIGHE,
            UNITED STATES BANKRUPTCY JUDGE

27  W:\MOTIONS\Kozak - Order to Show Cause.wpd

# PROOF OF SERVICE
1013A(3) C.C.P.

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 6320 Canoga Avenue, Suite 1400, Woodland Hills, California 91367. On May 8, 2007, I served the foregoing document described as:

## ORDER TO SHOW CAUSE WHY PACKING CRATE CLASSICS, INC. SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR WILLFULLY VIOLATING THE DISCHARGE INJUNCTION

[ ]   by placing the true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED LIST

**[X] BY MAIL**

I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under the practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Woodland Hills, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more that one day after date of deposit for mailing an affidavit. Executed on May 8, 2007, Woodland Hills, California.

[X] (STATE)    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[ ] (FEDERAL)  I declare under penalty of perjury that the foregoing is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Laurie J. Burns
Name

Signature

## Service List
Aria and Donna Kozak
Bankruptcy Case No: SV03-20278MT

Debtors
Aria & Donna Kozak
2800 Neilson Way, #609
Santa Monica, CA 90405

Debtors' Attorney
David R. Hagen
Merritt & Hagen
6320 Canoga Ave., Ste. 1400
Woodland Hills, CA 91367

Chapter 7 Trustee
David Seror
Chapter 7 Trustee
Moldo, Davidson, Fraioli, Seror & Sestanovich
2029 Century Park East (Twin Towers)
21st Floor
Los Angeles, CA 90067

Attorney for Chapter 7 Trustee
Frank X. Ruggier, Esq.
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067

U. S. Trustee's Office
21051 Warner Center Lane, Ste 115
Woodland Hills, CA 91367

Attorney for Packing Crate Classics, Inc.
Paul Beechen, Esq.
1900 Ave. of the Stars, Ste. 2300
Los Angeles, CA 90067

Kathleen P. March, Esq.
The Bankruptcy Law Firm, P.C.
10524 W. Pico Blvd., Ste. 212
Los Angeles, CA 90064

Richard L. Knickerbocker, Esq.
Knickerbocker Law Corp.
233 Wilshire Blvd., #400
Santa Monica, CA 90401-1214

Request of Special Notice
Attorneys for Rosendin Electric, Inc.
Nomi L. Castle
Matthew J. Luce
Castle & Associates
1925 Century Park East, Ste. 210
Los Angeles, CA 90067

Frank M. Lanak, Esq.
c/o American Contractors Indemnity Co.
9841 Airport Blvd., 9th Floor
Los Angeles, CA 90045

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.
Do **not** file this form as a separate document.*

| In re<br>ARIA Y. KOZAK and DONNA J. KOZAK<br><br>Debtor. | CHAPTER 7<br><br>CASE NUMBER: SV03-20278MT |
|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
ORDER TO SHOW CAUSE WHY PACKING CRATE CLASSICS, INC. SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR WILLFULLY VIOLATING THE DISCHARGE INJUNCTION

   was entered on *(specify date)*:
   
   MAY 9 2007

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): See attached service list

MAY 9 2007

Dated: MAY 9 2007

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: _____
     **Deputy Clerk**

## Service List
Aria and Donna Kozak
Bankruptcy Case No: SV03-20278MT

Debtors
Aria & Donna Kozak
2800 Neilson Way, #609
Santa Monica, CA 90405

Debtors' Attorney
David R. Hagen
Merritt & Hagen
6320 Canoga Ave., Ste. 1400
Woodland Hills, CA 91367

Chapter 7 Trustee
David Seror
Chapter 7 Trustee
Moldo, Davidson, Fraioli, Seror & Sestanovich
2029 Century Park East (Twin Towers)
21st Floor
Los Angeles, CA 90067

Attorney for Chapter 7 Trustee
Frank X. Ruggier, Esq.
Danning, Gill, Diamond & Kollitz, LLP
2029 Century Park East, 3rd Floor
Los Angeles, CA 90067

U. S. Trustee's Office
21051 Warner Center Lane, Ste 115
Woodland Hills, CA 91367

Attorney for Packing Crate Classics, Inc.
Paul Beechen, Esq.
1900 Ave. of the Stars, Ste. 2300
Los Angeles, CA 90067

Kathleen P. March, Esq.
The Bankruptcy Law Firm, P.C.
10524 W. Pico Blvd., Ste. 212
Los Angeles, CA 90064

Richard L. Knickerbocker, Esq.
Knickerbocker Law Corp.
233 Wilshire Blvd., #400
Santa Monica, CA 90401-1214

Request of Special Notice
Attorneys for Rosendin Electric, Inc.
Nomi L. Castle
Matthew J. Luce
Castle & Associates
1925 Century Park East, Ste. 210
Los Angeles, CA 90067

Frank M. Lanak, Esq.
c/o American Contractors Indemnity Co.
9841 Airport Blvd., 9th Floor
Los Angeles, CA 90045